| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Cohill, Jr., Maurice B. | 2. Court or Organization U.S. District Court, W. D. PA | 3. Date of Report 07/24/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior District Judge, Retired effective 07/31/2016 | 5a. Report Type (check appropriate type) ☐ Nomination ☐ Initial ✔ Annual ☐ Final ☐ Date 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

8170 U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director, Board of Directors (unpaid) | George Junior Republic, Grove City, PA |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/15 | Commonwealth of Pennsylvania State Employees' Retirement System (Pension) | $9,027.00 |
| 2. 12/31/15 | PNC Investments LLC (IRA Distribution) | $48,523.00 |
| 3. 12/31/15 | Anne D Mullaney Residuray Trust | $16,424.00 |
| 4. 12/31/15 | Judicial Retirees & Survivors US Courts (Pension) | $199,795.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 07/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AOL Inc (AOL) (X) | A | Dividend | | | Sold | 06/25/15 | J | A | |
| 2. Citigroup Inc (C) | A | Dividend | J | T | | | | | |
| 3. E.I. Du Pont (DD) | A | Dividend | K | T | | | | | |
| 4. General Electric Corp | A | Dividend | J | T | | | | | |
| 5. IBM | A | Dividend | J | T | | | | | |
| 6. Black Box Corp | A | Dividend | J | T | | | | | |
| 7. Cisco Systems Inc | H2 | Dividend | J | T | | | | | |
| 8. Energy Transfer Partners, L.P. | A | Int./Div. | | | Sold | 12/18/15 | J | A | |
| 9. First Energy (FE) | A | Dividend | J | T | Sold (part) | 12/18/15 | J | A | |
| 10. Scott Mad Mex, L.P. | E | Distribution | K | T | | | | | |
| 11. Time Warner Inc | A | Dividend | J | T | | | | | |
| 12. Vanguard Mutual Funds - PA LT Tax-Exempt Investor (VPAIX) | B | Dividend | K | T | | | | | |
| 13. Vanguard Mutual Funds - 500 Index Fund Adm (VFAIX) | B | Dividend | L | T | | | | | |
| 14. Vanguard Mutual Funds - Capital Opportunity Adm (VHCAX) | C | Dividend | L | T | | | | | |
| 15. Vanguard Mutual Funds - Emerging Mkts Stk Adx Adm (VEMAX) | A | Dividend | K | T | | | | | |
| 16. Vanguard Mutual Funds - Precious Metals & Mining (VGPMX) | A | Dividend | J | T | | | | | |
| 17. Vanguard Prime Money Market Fund (VMMXX) | A | Dividend | | | Closed | 12/31/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Admiral Trsy Money Mkt (VUSXX) | A | Dividend | L | T | | | | | |
| 19. Abbot Laboratories (ABT) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 20. | | | | | Sold (part) | 01/21/15 | J | A | |
| 21. Abbvie (ABBV) | A | Dividend | J | T | Sold (part) | 01/21/15 | J | A | |
| 22. | | | | | Buy (add'l) | 10/27/15 | J | | |
| 23. | | | | | Sold (part) | 12/15/15 | J | A | |
| 24. Actavis Plc (ACT) Now Allergan (AGN) | A | Dividend | J | T | | | | | |
| 25. ADT Corporation (ADT) | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 26. Agilent Technologies (A) | A | Dividend | | | Sold (part) | 01/21/15 | J | A | |
| 27. | | | | | Sold | 04/29/15 | J | A | |
| 28. AIA Group Ltd Spon Adr (AAGIY) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 29. | | | | | Sold (part) | 01/25/15 | J | A | |
| 30. AIR Liquide Adr (AIQUY) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 31. | | | | | Sold (part) | 01/21/15 | J | A | |
| 32. Albemarle Corporation | A | Dividend | | | Sold (part) | 08/24/15 | J | A | |
| 33. | | | | | Sold (part) | 09/15/15 | J | A | |
| 34. | | | | | Sold (part) | 11/06/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 07/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 11/19/15 | J | A | |
| 36. Alcoa Inc (AA) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | B | |
| 37. | | | | | Sold (part) | 09/15/15 | J | A | |
| 38. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 39. Allianz Se Ads (AZSEY) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 40. | | | | | Sold (part) | 01/21/15 | J | A | |
| 41. Allstate Corp (ALL) | A | Dividend | J | T | Buy (add'l) | 12/15/15 | J | | |
| 42. Ally Financial Inc (Ally) | A | Dividend | | | Sold (part) | 01/21/15 | J | A | |
| 43. | | | | | Sold (part) | 09/15/15 | J | A | |
| 44. | | | | | Sold | 11/30/15 | J | A | |
| 45. AMC Networks Inc Cl A (AMCX) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 46. | | | | | Sold (part) | 01/21/15 | J | A | |
| 47. AMDOCS Limited Ord (DOX) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 48. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 49. Amer Inlt Gp New (AIG) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 50. | | | | | Sold (part) | 01/21/15 | J | A | |
| 51. | | | | | Sold (part) | 08/10/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 07/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Capital Agency (AGNC) | A | Dividend | | | Sold (part) | 05/07/15 | J | A | |
| 53. | | | | | Sold | 05/13/15 | J | A | |
| 54. American Electric Power Co (AEP) | A | Dividend | J | T | | | | | |
| 55. American Water Works Co (AWK) | A | Dividend | J | T | Sold (part) | 01/13/15 | J | B | |
| 56. | | | | | Sold (part) | 01/21/15 | J | A | |
| 57. | | | | | Sold (part) | 10/23/15 | J | A | |
| 58. Ameriprise Fincl Inc (AMP) | A | Dividend | J | T | Sold (part) | 01/21/15 | J | A | |
| 59. | | | | | Sold (part) | 04/09/15 | J | A | |
| 60. | | | | | Sold (part) | 09/15/15 | J | A | |
| 61. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 62. Anadarko Pete (APC) | A | Dividend | | | Sold (part) | 01/21/15 | J | A | |
| 63. | | | | | Sold (part) | 09/15/15 | J | A | |
| 64. | | | | | Sold (part) | 11/30/15 | J | A | |
| 65. | | | | | Sold | 12/15/15 | J | A | |
| 66. Analog Devices Inc (ADI) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 67. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 68. | | | | | Buy (add'l) | 01/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Anheuser Busch Inbev Sa Spon (BUD) | A | Dividend | J | T | Sold (part) | 01/21/15 | J | A | |
| 70. | | | | | Sold (part) | 02/18/15 | J | A | |
| 71. | | | | | Sold (part) | 09/15/15 | J | A | |
| 72. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 73. Applied Materials Inc (AMAT) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 74. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 75. | | | | | Sold (part) | 11/30/15 | J | A | |
| 76. Ares Capital Corp (ARCC) | A | Dividend | J | T | Sold (part) | 01/21/15 | J | A | |
| 77. | | | | | Sold (part) | 09/15/15 | J | A | |
| 78. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 79. Arm Holdings Plc Ads (ARMH) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 80. | | | | | Sold (part) | 01/21/15 | J | A | |
| 81. AT&T Inc (T) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 82. | | | | | Sold (part) | 01/21/15 | J | A | |
| 83. | | | | | Sold (part) | 06/04/15 | J | A | |
| 84. Atlas Copco As Adr New (ATLKY) | A | Dividend | J | T | Sold (part) | 09/15/15 | J | A | |
| 85. | | | | | Buy (add'l) | 10/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 07/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Autodesk Inc Delaware (ADSK) | A | Dividend | J | T | Sold (part) | 01/21/15 | J | A | |
| 87. | | | | | Sold (part) | 09/15/15 | J | A | |
| 88. Avery Dennison Corporation (AVY) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 89. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 90. | | | | | Sold (part) | 12/04/15 | J | A | |
| 91. Babcock & Wilcox Company (BW) | A | Dividend | | | Sold (part) | 01/20/15 | J | A | |
| 92. | | | | | Sold (part) | 06/30/15 | J | A | |
| 93. | | | | | Sold | 07/21/15 | J | A | |
| 94. Baidu Inc Ads (BIDU) | A | Dividend | J | T | Sold (part) | 01/21/15 | J | A | |
| 95. | | | | | Sold (part) | 09/15/15 | J | A | |
| 96. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 97. Banco Bilbao Viz Arg Sa Ads (BBVA) | A | Dividend | | | Sold (part) | 04/28/15 | J | A | |
| 98. | | | | | Sold (part) | 11/02/15 | J | A | |
| 99. | | | | | Sold | 12/15/15 | J | A | |
| 100. Bank of America (BAC) | A | Dividend | J | T | Sold (part) | 01/21/15 | J | A | |
| 101. | | | | | Sold (part) | 09/15/15 | J | A | |
| 102. | | | | | Buy (add'l) | 10/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 07/24/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Bank of New York Mellon Corp (BK) | A | Dividend | J | T | Buy | 10/16/15 | J | | |
| 104. | | | | | Buy (add'l) | 11/12/15 | J | | |
| 105. | | | | | Sold (part) | 09/15/15 | J | A | |
| 106. Baxter Intl Inc (BAX) | A | Dividend | J | T | Sold (part) | 01/21/15 | J | A | |
| 107. | | | | | Sold (part) | 06/18/15 | J | A | |
| 108. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 109. Bayerische Motoren Werke Ag (BAMXY) | A | Dividend | J | T | Sold (part) | 01/21/15 | J | A | |
| 110. | | | | | Sold (part) | 09/15/15 | J | A | |
| 111. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 112. BCE Inc (New) (BCE) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 113. | | | | | Sold (part) | 01/21/15 | J | A | |
| 114. Berry Plastics Group Inc (BERY) | A | Dividend | | | Sold (part) | 01/21/15 | J | A | |
| 115. | | | | | Sold | 05/06/15 | J | A | |
| 116. BG Group Plc (BRGYY) | A | Dividend | J | T | Sold (part) | 01/21/15 | J | A | |
| 117. | | | | | Sold (part) | 09/15/15 | J | A | |
| 118. | | | | | Sold (part) | 11/30/15 | J | A | |
| 119. Biogen Idec Inc (BIIB) | A | Dividend | J | T | Sold (part) | 01/21/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 07/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 121. Bk Montreal (BMO) | A | Dividend | J | T | Sold (part) | 01/21/15 | J | A | |
| 122. | | | | | Sold (part) | 09/15/15 | J | A | |
| 123. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 124. Blackrock Multi-Asset Inc C(BCICX) | C | Dividend | L | T | Buy (add'l) | 10/15/15 | K | | |
| 125. Boston Scientific Corp (BSX) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | B | |
| 126. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 127. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 128. Bristol Myers Squibb (BMY) | A | Dividend | J | T | | | | | |
| 129. Broadcom Corp Cl A (BRCM) | A | Dividend | J | T | Sold (part) | 01/21/15 | J | A | |
| 130. | | | | | Sold (part) | 09/28/15 | J | A | |
| 131. Broadridge Fin Solu LLC (BR) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 132. | | | | | Sold (part) | 09/15/15 | J | A | |
| 133. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 134. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 135. | | | | | Sold (part) | 11/30/15 | J | A | |
| 136. Brookdale Senior Living Inc (BKD) | A | Dividend | | | Buy | 04/29/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 07/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 06/08/15 | J | | |
| 138. | | | | | Sold (part) | 09/10/15 | J | A | |
| 139. | | | | | Sold (part) | 09/15/15 | J | A | |
| 140. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 141. | | | | | Sold | 12/08/15 | J | A | |
| 142. Bunge Ltd (BG) | A | Dividend | | | Sold (part) | 01/21/15 | J | A | |
| 143. | | | | | Sold | 09/15/15 | J | A | |
| 144. BWX Technologies (BWX) | A | Dividend | J | T | Buy | 01/21/15 | J | | |
| 145. | | | | | Sold (part) | 08/24/15 | J | A | |
| 146. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 147. Cablevision Systems Corp (CVC) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 148. | | | | | Sold (part) | 01/21/15 | J | A | |
| 149. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 150. | | | | | Sold (part) | 09/02/15 | J | A | |
| 151. | | | | | Sold | 09/17/15 | J | C | |
| 152. Canadian Natl Railway Co (CNI) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 153. | | | | | Sold (part) | 01/21/15 | J | A | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 07/24/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 09/15/15 | J | A | |
| 155. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 156. Cameco Corp (CCJ) | A | Dividend | | | Buy (add'l) | 01/21/15 | J | | |
| 157. | | | | | Sold (part) | 08/24/15 | J | A | |
| 158. | | | | | Sold | 11/30/15 | J | A | |
| 159. CARE Cap Pptys Inc (CCP) (spinoff from Ventas) | A | Dividend | J | T | Spinoff (from line 884) | 01/20/15 | J | | |
| 160. Catamaran Corp Com (CTRX) | A | Dividend | | | Buy (add'l) | 01/21/15 | J | | |
| 161. | | | | | Sold | 07/09/15 | J | A | |
| 162. CF Industries Holdings Inc (CF) | A | Dividend | | | Buy | 04/15/15 | J | | |
| 163. | | | | | Sold (part) | 09/15/15 | J | A | |
| 164. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 165. | | | | | Sold | 11/30/15 | J | A | |
| 166. Check Point Software Tech Ltd (CHKP) | A | Dividend | | | Buy | 11/09/15 | J | | |
| 167. | | | | | Sold | 12/01/15 | J | A | |
| 168. Chevron Corp (CVX) | A | Dividend | J | T | Buy | 02/20/15 | J | | |
| 169. | | | | | Sold (part) | 09/15/15 | J | A | |
| 170. | | | | | Buy (add'l) | 10/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 07/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 172. Chubb Corp (CB) | A | Dividend | | | Sold (part) | 01/20/15 | J | B | |
| 173. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 174. | | | | | Buy (add'l) | 02/02/15 | J | | |
| 175. | | | | | Sold (part) | 07/09/15 | J | A | |
| 176. | | | | | Sold | 07/10/15 | J | A | |
| 177. Cinemark Holdings Inc (CNK) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | | |
| 178. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 179. | | | | | Sold (part) | 09/15/15 | J | A | |
| 180. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 181. Cisco Sys Inc (CSCO) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 182. | | | | | Sold (part) | 01/21/15 | J | A | |
| 183. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 184. | | | | | Sold (part) | 09/15/15 | J | A | |
| 185. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 186. | | | | | Sold (part) | 12/15/15 | J | A | |
| 187. Citigroup Inc New (C) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 07/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Citrix Systems Inc (CTXS) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 189. | | | | | Sold (part) | 10/26/15 | J | A | |
| 190. Clorox Co De (CLX) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 191. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 192. | | | | | Sold (part) | 10/26/15 | J | A | |
| 193. CME Group Inc (CME) | A | Dividend | J | T | Sold (part) | 01/13/15 | J | A | |
| 194. | | | | | Buy (add'l) | 01/20/15 | J | | |
| 195. | | | | | Sold (part) | 01/21/15 | J | A | |
| 196. | | | | | Sold (part) | 04/07/15 | J | B | |
| 197. | | | | | Buy (add'l) | 12/17/15 | J | | |
| 198. Coach Inc (COH) | A | Dividend | J | T | Buy (add'l) | 01/13/15 | J | | |
| 199. | | | | | Buy (add'l) | 01/20/15 | J | | |
| 200. | | | | | Sold (part) | 01/21/15 | J | A | |
| 201. | | | | | Sold (part) | 09/15/15 | J | A | |
| 202. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 203. Cochlear Ltd Unspon Adr (CHEOY) (Y) | | | | | | | | | |
| 204. Colony Financial (CLNY) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 07/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 01/21/15 | J | A | |
| 206. | | | | | Sold (part) | 03/20/15 | J | A | |
| 207. | | | | | Sold (part) | 07/08/15 | J | A | |
| 208. | | | | | Sold | 07/10/15 | J | A | |
| 209. Coloplast As Adr (CLPBY) | A | Dividend | J | T | Buy | 09/29/15 | J | | |
| 210. Columbia Pipeline Grp Inc (CPGX) | A | Dividend | | | Buy | 01/21/15 | J | | |
| 211. | | | | | Sold | 08/06/15 | J | A | |
| 212. Comcast Corp Cl A Special New (CMCSA) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 213. | | | | | Sold (part) | 01/21/15 | J | B | |
| 214. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 215. Corning Inc (GLW) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 216. | | | | | Sold (part) | 01/21/15 | J | A | |
| 217. | | | | | Sold (part) | 06/04/15 | J | A | |
| 218. | | | | | Sold | 08/25/15 | J | A | |
| 219. Corrections Corp of Amer (CXW) | A | Distribution | | | Buy | 09/09/15 | J | | |
| 220. | | | | | Sold | 11/30/15 | J | A | |
| 221. Covanta Holding Corp (CVA) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 01/21/15 | J | A | |
| 223. | | | | | Sold (part) | 09/15/15 | J | A | |
| 224. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 225. | | | | | Sold | 11/30/15 | J | A | |
| 226. Covidien Plc New (COV) | A | Dividend | | | Sold (part) | 01/21/15 | J | A | |
| 227. | | | | | Sold | 01/27/15 | J | B | |
| 228. Cree Research Inc (CREE) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 229. | | | | | Sold (part) | 01/21/15 | J | A | |
| 230. | | | | | Sold (part) | 09/15/15 | J | A | |
| 231. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 232. CSL Ltd Unspon Adr (CSLLY) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 233. | | | | | Sold (part) | 01/21/15 | J | A | |
| 234. CSX Corp (CSX) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 235. | | | | | Sold (part) | 01/21/15 | J | A | |
| 236. | | | | | Sold | 09/15/15 | J | A | |
| 237. CVS Health Corp Com (CVS) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 238. | | | | | Sold (part) | 01/21/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 07/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 06/05/15 | J | A | |
| 240. | | | | | Sold (part) | 12/15/15 | J | A | |
| 241. Cypress Semiconductor Dela (CY) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 242. | | | | | Sold (part) | 01/21/15 | J | A | |
| 243. | | | | | Sold (part) | 06/15/15 | J | A | |
| 244. | | | | | Sold (part) | 09/15/15 | J | A | |
| 245. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 246. Dassault Systems Sa Ads (DASTY) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 247. | | | | | Sold (part) | 01/21/15 | J | A | |
| 248. DBS Group Holdings Ltd Sp (DBSDY) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 249. | | | | | Sold (part) | 01/21/15 | J | A | |
| 250. | | | | | Sold (part) | 09/15/15 | J | A | |
| 251. | | | | | Sold | 11/30/15 | J | A | |
| 252. Devon Energy Corp New (DVN) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 253. | | | | | Sold (part) | 01/21/15 | J | A | |
| 254. | | | | | Sold (part) | 09/15/15 | J | A | |
| 255. | | | | | Buy (add'l) | 10/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 07/24/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 12/15/15 | J | A | |
| 257. Digital Realty Trust Inc (DLR) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 258. | | | | | Sold (part) | 01/21/15 | J | A | |
| 259. | | | | | Sold (part) | 09/15/15 | J | A | |
| 260. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 261. Directv Com (DTV) | A | Dividend | | | Sold (part) | 01/21/15 | J | A | |
| 262. | | | | | Sold (part) | 01/28/15 | J | A | |
| 263. | | | | | Sold | 01/30/15 | J | B | |
| 264. Discovery Communications Ser A (DISCA) | A | Dividend | | | Buy | 05/12/15 | J | | |
| 265. | | | | | Sold (part) | 09/15/15 | J | A | |
| 266. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 267. | | | | | Sold | 12/15/15 | J | A | |
| 268. Discovery Communications Ser C (DISCK) | A | Dividend | | | Buy | 06/29/15 | J | | |
| 269. | | | | | Sold (part) | 09/15/15 | J | A | |
| 270. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 271. | | | | | Sold | 12/15/15 | J | A | |
| 272. Dolby Cla A Com Stk (DLB) | A | Dividend | J | T | Sold (part) | 01/21/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 07/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 274. Domtar Corporation New (UFS) | A | Dividend | | | Buy | 02/10/15 | J | | |
| 275. | | | | | Buy (add'l) | 03/17/15 | J | | |
| 276. | | | | | Sold (part) | 09/15/15 | J | A | |
| 277. | | | | | Sold (part) | 10/16/15 | J | A | |
| 278. | | | | | Sold | 12/15/15 | J | A | |
| 279. Duke Energy Corp New Co (DUK) | A | Dividend | J | T | | | | | |
| 280. Duke Realty Corp (DRE) | A | Dividend | J | T | Buy | 12/18/15 | J | | |
| 281. Eaton Corp Plc (ETN) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 282. | | | | | Sold (part) | 01/21/15 | J | A | |
| 283. | | | | | Sold (part) | 09/15/15 | J | A | |
| 284. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 285. Edgewell Pers Care Co | A | Dividend | | | Buy | 01/20/15 | J | | |
| 286. | | | | | Sold (part) | 09/15/15 | J | A | |
| 287. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 288. | | | | | Sold | 12/15/15 | J | A | |
| 289. Eli Lilly & Co (LLY) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 07/24/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  Endurance Spclty Hldgs Ltd (ENH) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | B | |
| 291. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 292. | | | | | Buy (add'l) | 04/27/15 | J | | |
| 293.  Energizer Hldgs Inc (ENR) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 294. | | | | | Sold (part) | 01/21/15 | J | A | |
| 295. | | | | | Sold | 08/10/15 | J | A | |
| 296.  Energy Transfer Partners LP (ETP) | A | Dividend | | | Sold | 12/18/15 | J | A | |
| 297.  Ensco Plc Cl A (ESV) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 298. | | | | | Sold (part) | 01/21/15 | J | A | |
| 299. | | | | | Sold | 01/27/15 | J | A | |
| 300.  Entergy Corp New (ETR) | A | Dividend | J | T | Buy (add'l) | 01/21/15 | J | | |
| 301. | | | | | Sold (part) | 01/20/15 | J | A | |
| 302. | | | | | Sold (part) | 08/24/15 | J | A | |
| 303. | | | | | Sold (part) | 09/15/15 | J | A | |
| 304. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 305.  EQT Corporation Com New (EQT) | A | Dividend | J | T | | | | | |
| 306.  Esterline Technologies (ESL) | A | Dividend | J | T | Buy | 06/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 07/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 308. | | | | | Sold (part) | 12/15/15 | J | A | |
| 309. Expeditors Intl Wash Inc (EXPD) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 310. | | | | | Buy (add'l) | 02/21/15 | J | | |
| 311. Exterran Holdings Inc | A | Dividend | | | Buy | 04/29/15 | J | | |
| 312. | | | | | Sold | 09/15/15 | J | A | |
| 313. Exxon Mobile Corp (XOM) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 314. | | | | | Sold (part) | 01/21/15 | J | A | |
| 315. | | | | | Sold | 02/24/15 | J | A | |
| 316. Fanuc Corporation Unsp Adr (FANUY) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 317. | | | | | Sold (part) | 01/21/15 | J | A | |
| 318. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 319. Fastenal Co (FAST) | A | Dividend | J | T | Buy | 07/08/15 | J | | |
| 320. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 321. | | | | | Sold (part) | 10/16/15 | J | A | |
| 322. Federated Strategic Val Div C (SVACX) | B | Dividend | L | T | Buy (add'l) | 12/18/15 | K | | |
| 323. Fifth Third Bancorp Ohio (FITB) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 07/24/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 01/21/15 | J | A | |
| 325. First American Finl Corp (FAF) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | C | |
| 326. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 327. Fluor Corp New (FLR) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 328. | | | | | Sold (part) | 01/21/15 | J | A | |
| 329. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 330. | | | | | Sold (part) | 09/15/15 | J | A | |
| 331. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 332. Freeport McMoran Inc (FCX) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 333. | | | | | Sold (part) | 01/21/15 | J | A | |
| 334. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 335. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 336. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 337. | | | | | Sold | 11/30/15 | J | A | |
| 338. Fresenius Medical Care Ag & Co (FMS) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 339. | | | | | Sold (part) | 01/21/15 | J | A | |
| 340. Frontier Communications Corp (FTR) | A | Dividend | | | Buy | 06/04/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cohill, Jr., Maurice B. | 07/24/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 09/14/15 | J | | |
| 342. | | | | | Sold | 11/30/15 | J | A | |
| 343. Fuchs Petrolub AG Unspon Adr (FUPBY) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 344. | | | | | Sold (part) | 01/21/15 | J | | |
| 345. Gamestop Corp Cl A New (GME) | A | Dividend | | | Buy | 04/15/15 | J | | |
| 346. | | | | | Sold | 11/30/15 | J | A | |
| 347. Gannett Spinco Inc (GCI) | A | Dividend | | | Buy | 06/30/15 | J | | |
| 348. | | | | | Sold (part) | 06/26/15 | J | A | |
| 349. | | | | | Sold | 07/22/15 | J | A | |
| 350. Gazprom O A O Spon Adr (OGZPY) (Y) | | | | | | | | | |
| 351. General Electric Co (GE) | A | Dividend | J | T | Sold (part) | 01/13/15 | J | A | |
| 352. | | | | | Buy (add'l) | 01/20/15 | J | | |
| 353. | | | | | Sold (part) | 01/21/15 | J | A | |
| 354. | | | | | Buy (add'l) | 04/10/15 | J | | |
| 355. | | | | | Sold (part) | 09/14/15 | J | A | |
| 356. General Motors Co (GM) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 357. | | | | | Sold (part) | 01/21/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 359. | | | | | Sold | 07/08/15 | J | A | |
| 360. Genuine Parts Co (GPC) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 361. | | | | | Sold (part) | 01/21/15 | J | A | |
| 362. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 363. | | | | | Sold (part) | 09/15/15 | J | A | |
| 364. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 365. Glazosmithkline Plc Ads (GSK) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 366. | | | | | Sold (part) | 01/21/15 | J | A | |
| 367. | | | | | Sold | 12/15/15 | J | A | |
| 368. Global Payment Inc (GPN) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 369. | | | | | Sold (part) | 01/21/15 | J | A | |
| 370. | | | | | Sold (part) | 04/08/15 | J | A | |
| 371. Golar Lng Ltd (GLNG) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 372. | | | | | Sold (part) | 01/21/15 | J | A | |
| 373. | | | | | Sold (part) | 06/08/15 | J | A | |
| 374. | | | | | Buy (add'l) | 08/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 07/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold | 09/04/15 | J | A | |
| 376.  Grace Wr & Co Dela New (GRA) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | B | |
| 377. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 378.  Grifols Sa Adr (GRFS) | A | Dividend | J | T | Buy | 11/12/15 | J | | |
| 379.  Haemonetics Corp (HAE) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 380. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 381. | | | | | Sold (part) | 09/15/15 | J | A | |
| 382. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 383.  Hasbro Inc (HAS) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 384. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 385.  Hartford Fin Sers Grp Inc (HIG) | A | Dividend | J | T | Sold (part) | 01/21/15 | J | A | |
| 386. | | | | | Sold (part) | 07/22/15 | J | B | |
| 387. | | | | | Sold (part) | 08/10/15 | J | A | |
| 388.  HCP Incorporated (HCP) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 389. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 390. | | | | | Buy (add'l) | 06/17/15 | J | | |
| 391. | | | | | Sold (part) | 09/15/15 | J | A | |

1. Income Gain Codes:       A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment              T =Cash Market
(See Column C2)           U =Book Value           V =Other                    W =Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 393. | | | | | Sold (part) | 11/30/15 | J | A | |
| 394. Health Care REIT Inc (HCN) | A | Dividend | | | Sold (part) | 01/20/15 | J | A | |
| 395. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 396. | | | | | Sold (part) | 01/28/15 | J | A | |
| 397. | | | | | Sold | 09/15/15 | J | A | |
| 398. Helix Energy Solutions Grp Inc (HLX) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 399. | | | | | Sold (part) | 01/21/15 | J | A | |
| 400. | | | | | Sold | 03/17/15 | J | A | |
| 401. Hershey Company (HSY) | A | Dividend | J | T | Buy | 11/27/15 | J | | |
| 402. Hong Kong Exchanges & Clearing (HKXCY) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 403. | | | | | Sold (part) | 01/21/15 | J | A | |
| 404. | | | | | Sold (part) | 04/21/15 | J | A | |
| 405. | | | | | Sold | 10/01/15 | J | A | |
| 406. Hospitality Pptys Tr Com Sbi (HPT) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 407. | | | | | Sold (part) | 01/21/15 | J | A | |
| 408. | | | | | Sold (part) | 09/15/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 410. Host Hotel & Resorts Inc (HST) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 411. | | | | | Sold (part) | 01/21/15 | J | A | |
| 412. | | | | | Sold (part) | 09/15/15 | J | A | |
| 413. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 414. | | | | | Sold | 11/30/15 | J | A | |
| 415. Huntsman Corp (HUN) | A | Dividend | | | Buy | 05/12/15 | J | | |
| 416. | | | | | Sold | 09/15/15 | J | A | |
| 417. Icici Bank Ltd (IBN) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 418. | | | | | Sold (part) | 01/21/15 | J | A | |
| 419. | | | | | Sold (part) | 09/15/15 | J | A | |
| 420. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 421. | | | | | Sold | 11/30/15 | J | A | |
| 422. II VI Inc (IIVI) | A | Dividend | K | T | | | | | |
| 423. Immunogen Inc (IMGN) | A | Dividend | J | T | Buy (add'l) | 01/30/15 | J | | |
| 424. | | | | | Buy (add'l) | 02/02/15 | J | | |
| 425. | | | | | Sold (part) | 08/24/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 07/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 427. | | | | | Sold (part) | 08/24/15 | J | | |
| 428. Imperial Oil Ltd Com New (IMO) | A | Dividend | | | Buy (add'l) | 01/30/15 | J | | |
| 429. | | | | | Sold (part) | 09/15/15 | J | A | |
| 430. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 431. | | | | | Sold (part) | 11/16/15 | J | A | |
| 432. | | | | | Sold | 12/15/15 | J | A | |
| 433. Ingersoll-Rand Plc (IR) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 434. | | | | | Sold (part) | 01/21/15 | J | A | |
| 435. | | | | | Buy (add'l) | 08/10/15 | J | | |
| 436. | | | | | Sold (part) | 09/15/15 | J | A | |
| 437. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 438. Intel Corp (INTC) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 439. | | | | | Sold (part) | 01/21/15 | J | A | |
| 440. | | | | | Sold | 03/12/15 | J | A | |
| 441. Invesco Ltd (IVZ) | A | Dividend | | | Sold (part) | 01/20/15 | J | A | |
| 442. | | | | | Buy (add'l) | 01/21/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 64

**Name of Person Reporting**

Cohill, Jr., Maurice B.

**Date of Report**

07/24/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold (part) | 09/15/15 | J | A | |
| 444. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 445. | | | | | Sold | 12/15/15 | J | A | |
| 446. Ishares Core US Growth Etf (IUSG) | A | Dividend | K | T | Sold (part) | 01/20/15 | K | A | |
| 447. | | | | | Sold (part) | 01/21/15 | J | A | |
| 448. | | | | | Sold (part) | 01/30/15 | J | A | |
| 449. | | | | | Buy (add'l) | 09/15/15 | K | | |
| 450. | | | | | Sold (part) | 10/16/15 | K | A | |
| 451. | | | | | Buy (add'l) | 11/30/15 | K | | |
| 452. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 453. Ishares Core US Value Etf (IUSV) | A | Dividend | K | T | Sold (part) | 01/20/15 | K | A | |
| 454. | | | | | Buy (add'l) | 09/15/15 | K | | |
| 455. | | | | | Sold (part) | 09/30/15 | K | A | |
| 456. | | | | | Sold (part) | 10/16/15 | K | A | |
| 457. | | | | | Buy (add'l) | 11/30/15 | K | | |
| 458. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 459. Ishares Msci Eafe Etf (EFA) | A | Dividend | J | T | Buy | 12/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 64

Name of Person Reporting

Cohill, Jr., Maurice B.

Date of Report

07/24/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Ishares Russell 3000 Index Fd (IWV) | A | Dividend | J | T | Sold (part) | 01/20/15 | K | A | |
| 461. | | | | | Buy (add'l) | 09/15/15 | K | | |
| 462. | | | | | Sold (part) | 10/16/15 | K | A | |
| 463. | | | | | Buy (add'l) | 11/30/15 | K | | |
| 464. | | | | | Sold (part) | 12/11/15 | J | A | |
| 465. Ishares Russell Midcap V Etf (IWS) | A | Dividend | K | T | Buy | 09/15/15 | L | | |
| 466. | | | | | Sold (part) | 10/16/15 | L | B | |
| 467. | | | | | Buy (add'l) | 11/30/15 | K | | |
| 468. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 469. Isis Pharm Inc (ISIS) Now Ionis Pharmeuticals Inc (IONS) | A | Dividend | J | T | Sold (part) | 01/21/15 | J | C | |
| 470. | | | | | Buy (add'l) | 02/02/15 | J | | |
| 471. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 472. Itau Unibanco Multiple Adr (ITUB) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 473. | | | | | Sold (part) | 01/21/15 | J | A | |
| 474. | | | | | Sold (part) | 07/21/15 | J | A | |
| 475. | | | | | Sold (part) | 09/15/15 | J | A | |
| 476. | | | | | Buy (add'l) | 10/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 64

Name of Person Reporting

Cohill, Jr., Maurice B.

Date of Report

07/24/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy (add'l) | 11/11/15 | J | | |
| 478. ITC Holdings (ITC) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 479. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 480. | | | | | Sold (part) | 04/02/15 | J | A | |
| 481. | | | | | Buy (add'l) | 11/18/15 | J | | |
| 482. Janus Capital Group Inc (JNS) | A | Dividend | | | Sold (part) | 01/20/15 | J | A | |
| 483. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 484. | | | | | Sold (part) | 09/15/15 | J | A | |
| 485. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 486. | | | | | Sold | 12/15/15 | J | A | |
| 487. JGC Corp Unsponsored Adr (JGCCY) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 488. | | | | | Sold (part) | 01/21/15 | J | A | |
| 489. | | | | | Sold (part) | 09/15/15 | J | A | |
| 490. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 491. Johnson & Johnson (JNJ) | A | Dividend | K | T | Buy (add'l) | 01/20/15 | J | | |
| 492. | | | | | Sold (part) | 01/21/15 | J | A | |
| 493. JP Morgan Income Builder C (JNBCX) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 07/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Kinder Morgan Inccorp (KMI) | A | Dividend | | | Buy | 01/20/15 | J | | |
| 495. | | | | | Buy (add'l) | 02/24/15 | J | | |
| 496. | | | | | Sold | 11/30/15 | J | A | |
| 497. Kinder Morgan Mgmt LLC (KMR) | A | Dividend | | | Sold (part) | 01/21/15 | J | A | |
| 498. | | | | | Sold | 11/30/15 | J | A | |
| 499. Kohl's Corporation Wisc (KSS) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 500. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 501. | | | | | Sold (part) | 09/15/15 | J | A | |
| 502. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 503. Kone Oyg Adr (KNYJY) | A | Dividend | J | T | Buy | 02/05/15 | J | | |
| 504. | | | | | Sold (part) | 09/15/15 | J | A | |
| 505. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 506. Kraft Foods Inc CL A (KFT) Now Called Kraft Heinz Co (KHC) | A | Dividend | J | T | Sold (part) | 07/16/15 | J | A | |
| 507. Kroger Co (KR) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 508. | | | | | Sold (part) | 01/21/15 | J | A | |
| 509. | | | | | Sold | 04/29/15 | J | A | |
| 510. L-3 Communications Holding Inc (LLL) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 07/24/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold (part) | 01/21/15 | J | A | |
| 512. Lamar Advertising Co New Cl A (LAMR) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 513. | | | | | Sold (part) | 01/21/15 | J | A | |
| 514. | | | | | Sold (part) | 09/15/15 | J | A | |
| 515. Leidos Hldgs Inc (LDOS) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 516. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 517. | | | | | Buy (add'l) | 02/24/15 | J | | |
| 518. Liberty Broadband Corp C Rts (LBRKR) | A | Dividend | | | Sold | 01/05/15 | J | A | |
| 519. Liberty Broadband Corp S-A (LBRDA) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 520. Liberty Broadband Corp S-C (LBRDK) | A | Dividend | J | T | Buy (add'l) | 01/08/15 | J | | |
| 521. | | | | | Sold (part) | 01/20/15 | J | A | |
| 522. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 523. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 524. | | | | | Sold (part) | 08/24/15 | J | A | |
| 525. Liberty Interactive Co Inter A (QVCA) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 526. | | | | | Sold (part) | 01/21/15 | J | A | |
| 527. | | | | | Buy (add'l) | 06/03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 07/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold (part) | 11/30/15 | J | A | |
| 529. Liberty Inter Co Venture Ser A (LVNTA) | A | Dividend | J | T | | | | | |
| 530. Liberty Media Corp Series A (LMCA) | A | Dividend | J | T | Buy (add'l) | 01/07/15 | J | | |
| 531. | | | | | Buy (add'l) | 01/20/15 | J | | |
| 532. | | | | | Sold (part) | 01/21/15 | J | A | |
| 533. Libert Media Corp Series C (LMCK) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 534. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 535. Linde Ag Sponsored Adr (LNEGY) | A | Dividend | | | Buy (add'l) | 01/30/15 | J | | |
| 536. | | | | | Sold (part) | 09/15/15 | J | A | |
| 537. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 538. | | | | | Sold | 12/15/15 | J | A | |
| 539. Live Nation Entertainment (LYV) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 540. | | | | | Sold (part) | 01/21/15 | J | A | |
| 541. Loreal Co Adr (LRLCY) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 542. | | | | | Sold (part) | 01/21/15 | J | A | |
| 543. LVMH Moet Hennessy Louis Vuitt (LVMUY) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 544. | | | | | Sold (part) | 01/21/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 07/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 01/29/15 | J | | |
| 546. Lyondellbasell Nv Cl-A (LYB) | A | Dividend | J | T | Sold (part) | 01/21/15 | J | A | |
| 547. | | | | | Sold (part) | 05/04/15 | J | A | |
| 548. M&T Bank Corp (MTB) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 549. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 550. Macy's Inc (M) | A | Dividend | J | T | Buy (add'l) | 12/15/15 | J | | |
| 551. Manpower Group Inc | A | Dividend | J | T | Buy | 09/15/15 | J | | |
| 552. Masco Corp (MAS) | A | Dividend | J | T | Buy | 09/18/15 | J | | |
| 553. Mattel Inc (MAT) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 554. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 555. | | | | | Buy (add'l) | 06/17/15 | J | | |
| 556. | | | | | Sold (part) | 09/15/15 | J | A | |
| 557. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 558. Maxim Integrated Products Inc (MXIM) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 559. | | | | | Sold (part) | 01/21/15 | J | A | |
| 560. | | | | | Sold (part) | 10/20/15 | J | A | |
| 561. McKesson Corp (MCK) | A | Dividend | | | Sold (part) | 01/20/15 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Cohill, Jr., Maurice B.

Date of Report

07/24/2016

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 563. | | | | | Sold (part) | 09/15/15 | J | A | |
| 564. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 565. | | | | | Sold | 11/30/15 | J | A | |
| 566.  Medtronics (MDT) | A | Dividend | J | T | Buy | 01/27/15 | J | | |
| 567. | | | | | Sold (part) | 01/27/15 | J | A | |
| 568. | | | | | Buy (add'l) | 03/04/15 | J | | |
| 569. | | | | | Sold (part) | 09/15/15 | J | A | |
| 570. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 571.  Merck & Co Inc New Com (MRK) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 572. | | | | | Sold (part) | 01/21/15 | J | A | |
| 573. | | | | | Sold (part) | 09/15/15 | J | A | |
| 574. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 575.  Microchip Technology Inc (MCHP) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 576. | | | | | Sold (part) | 01/21/15 | J | A | |
| 577.  MGM Resorts International (MGM) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 578. | | | | | Sold (part) | 01/21/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Sold | 01/22/15 | J | A | |
| 580. Microsoft Corp (MSFT) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 581. | | | | | Sold (part) | 01/21/15 | J | A | |
| 582. Mine Safety Inc (MSA) Now MSA Safety Inc (MSA) | A | Dividend | J | T | | | | | |
| 583. Mitsubishi Est Adr (MITEY) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 584. | | | | | Sold (part) | 01/21/15 | J | A | |
| 585. Mondelez Intl Inc (MDLZ) | A | Dividend | J | T | | | | | |
| 586. Monotaro Co Ltd Adr (MONOY) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 587. | | | | | Sold (part) | 01/21/15 | J | A | |
| 588. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 589. | | | | | Sold (part) | 10/16/15 | J | A | |
| 590. MTN Grp Ltd Spons Adr (MTNOY) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 591. | | | | | Sold (part) | 01/21/15 | J | A | |
| 592. | | | | | Sold (part) | 09/15/15 | J | A | |
| 593. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 594. | | | | | Sold | 11/30/15 | J | A | |
| 595. Naspers Limited Ads (NPSNY) | A | Dividend | | | Buy | 07/08/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Sold (part) | 09/15/15 | J | A | |
| 597. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 598. | | | | | Sold | 12/15/15 | J | A | |
| 599. Natl Fuel Gas Co (NFG) | A | Dividend | | | Sold (part) | 01/20/15 | J | A | |
| 600. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 601. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 602. | | | | | Sold (part) | 09/15/15 | J | A | |
| 603. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 604. | | | | | Sold | 11/30/15 | J | A | |
| 605. National Oilwell Varco Inc (NOV) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 606. | | | | | Sold (part) | 01/21/15 | J | A | |
| 607. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 608. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 609. | | | | | Sold (part) | 11/30/15 | J | A | |
| 610. Nestle Spon Adr Rep Reg Shr (NSRGY) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 611. | | | | | Sold (part) | 01/21/15 | J | A | |
| 612. New York Community Bancorp Inc (NYCB) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 614. Nisource Inc (NI) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 615. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 616. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 617. Northstar Rlty Fin Corp Com (NRF) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 618. | | | | | Sold (part) | 01/21/15 | J | A | |
| 619. | | | | | Buy (add'l) | 03/20/15 | J | | |
| 620. | | | | | Sold (part) | 09/15/15 | J | A | |
| 621. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 622. | | | | | Sold | 10/27/15 | J | A | |
| 623. Novartis Ag Adr (NVS) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 624. | | | | | Sold (part) | 01/21/15 | J | A | |
| 625. | | | | | Sold (part) | 11/30/15 | J | A | |
| 626. Novo Nordisk A/S Adr (NVO) | A | Dividend | J | T | Buy (add'l) | 01/30/15 | J | | |
| 627. | | | | | Sold (part) | 11/23/15 | J | A | |
| 628. Now Inc (DNOW) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 629. | | | | | Sold (part) | 01/21/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 631. | | | | | Sold (part) | 11/30/15 | J | A | |
| 632. Nrg Energy Inc (NRG) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 633. | | | | | Sold (part) | 01/21/15 | J | A | |
| 634. | | | | | Sold (part) | 02/20/15 | J | A | |
| 635. | | | | | Sold | 04/14/15 | J | A | |
| 636. Nucor Corporation (NUE) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 637. | | | | | Sold (part) | 01/21/15 | J | A | |
| 638. | | | | | Sold (part) | 09/15/15 | J | A | |
| 639. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 640. | | | | | Sold | 11/30/15 | J | A | |
| 641. Nuance Communications Inc (NUAN) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 642. | | | | | Sold (part) | 01/21/15 | J | A | |
| 643. | | | | | Sold (part) | 09/22/15 | J | A | |
| 644. Old Republic Intl Cp (ORI) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 645. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 646. | | | | | Sold (part) | 10/29/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. Omega Healthcare Inv Inc (OHI) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 648. | | | | | Sold (part) | 01/21/15 | J | A | |
| 649. | | | | | Sold (part) | 09/15/15 | J | A | |
| 650. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 651. Omnicom Group (OMC) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 652. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 653. | | | | | Buy (add'l) | 02/02/15 | J | | |
| 654. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 655. Oneok Inc New (OKE) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 656. | | | | | Sold (part) | 01/21/15 | J | A | |
| 657. | | | | | Sold (part) | 11/30/15 | J | A | |
| 658. | | | | | Sold | 12/15/15 | J | A | |
| 659. Packaging Corp Amer (PKG) | A | Dividend | | | Buy | 08/10/15 | J | | |
| 660. | | | | | Sold (part) | 09/15/15 | J | A | |
| 661. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 662. | | | | | Sold | 12/15/15 | J | A | |
| 663. Pall Corporation (PLL) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Cohill, Jr., Maurice B.

07/24/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Sold (part) | 01/21/15 | J | A | |
| 665. | | | | | Sold (part) | 05/13/15 | J | B | |
| 666. | | | | | Sold (part) | 05/14/15 | J | B | |
| 667. | | | | | Sold (part) | 05/15/15 | J | A | |
| 668. | | | | | Sold | 05/18/15 | J | A | |
| 669. Paypal Hldgs Inc (PYPL) | A | Dividend | J | T | Buy | 08/10/15 | J | | |
| 670. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 671. | | | | | Sold (part) | 11/30/15 | J | A | |
| 672. PBF Energy Inc (PBF) | A | Dividend | J | T | Buy | 07/08/15 | J | | |
| 673. | | | | | Sold (part) | 09/15/15 | J | A | |
| 674. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 675. | | | | | Sold (part) | 12/01/15 | J | A | |
| 676. Pembina Pipeline Corp (PBA) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 677. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 678. Pentair (PNR) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 679. | | | | | Sold (part) | 01/21/15 | J | A | |
| 680. | | | | | Buy (add'l) | 01/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 681. | | | | | Sold (part) | 09/15/15 | J | A | |
| 682. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 683. Peoples United Financial Inc (PBCT) | A | Dividend | J | T | Buy (add'l) | 01/21/15 | J | | |
| 684. | | | | | Sold (part) | 01/21/15 | J | A | |
| 685. Perrigo Co Ltd (PRGO) | A | Dividend | | | Sold | 12/18/15 | K | A | |
| 686. Pfizer Inc (PFE) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 687. | | | | | Sold (part) | 01/21/15 | J | B | |
| 688. | | | | | Sold (part) | 03/10/15 | J | A | |
| 689. Plains Gp Hldgs Lp (PAGP) | A | Dividend | | | Buy | 08/06/15 | J | | |
| 690. | | | | | Sold | 11/30/15 | J | A | |
| 691. PNC Finl Svcs GP (PNC) | A | Dividend | J | T | | | | | |
| 692. PPL Corporation (PPL) | A | Dividend | J | T | | | | | |
| 693. Procter & Gamble (PG) | A | Dividend | J | T | Buy | 06/18/15 | J | | |
| 694. | | | | | Buy (add'l) | 09/10/15 | J | | |
| 695. | | | | | Sold (part) | 11/30/15 | J | A | |
| 696. Prothena CP PLC Ord (PRTA) | A | Dividend | J | T | | | | | |
| 697. Quest Diagnostics Inc (DGX) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 699. | | | | | Sold (part) | 05/26/15 | J | A | |
| 700. | | | | | Sold (part) | 09/15/15 | J | A | |
| 701. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 702. | | | | | Sold (part) | 11/25/15 | J | A | |
| 703. Regal Entertainment Grp Cl A( RGC) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 704. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 705. | | | | | Sold (part) | 09/15/15 | J | A | |
| 706. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 707. RMR Group Inc (RMR) | A | Dividend | J | T | Buy | 12/14/15 | J | | |
| 708. Roche Holdings Adr (RHHBY) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 709. | | | | | Sold (part) | 01/21/15 | J | A | |
| 710. | | | | | Sold (part) | 09/15/15 | J | A | |
| 711. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 712. Rockwell Collins Inc (COL) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | B | |
| 713. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 714. Sandisk Corp (SNDK) | A | Dividend | J | T | Sold (part) | 01/21/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**      Name of Person Reporting      Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 716. | | | | | Buy (add'l) | 04/06/15 | J | | |
| 717. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 718. | | | | | Sold (part) | 09/15/15 | J | A | |
| 719. Sands China Ltd Unsponsored Adr (SCHYY) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 720. | | | | | Sold (part) | 01/21/15 | J | A | |
| 721. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 722. | | | | | Sold (part) | 09/15/15 | J | A | |
| 723. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 724. | | | | | Sold | 11/30/15 | J | A | |
| 725. SAP Ag (SAP) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 726. | | | | | Sold (part) | 01/21/15 | J | A | |
| 727. Sasol Ltd Spon Adr (SSL) | A | Dividend | | | Buy (add'l) | 01/30/15 | J | | |
| 728. | | | | | Buy (add'l) | 02/02/15 | J | | |
| 729. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 730. | | | | | Sold (part) | 09/15/15 | J | A | |
| 731. | | | | | Buy (add'l) | 10/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Sold | 11/30/15 | J | A | |
| 733. Schneider Elec Sa Unsp Adr (SBGSY) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 734. | | | | | Sold (part) | 01/21/15 | J | A | |
| 735. | | | | | Sold | 09/15/15 | J | A | |
| 736. Schlumberger Ltd (SLB) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 737. | | | | | Sold (part) | 01/21/15 | J | A | |
| 738. | | | | | Sold (part) | 09/15/15 | J | A | |
| 739. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 740. | | | | | Buy (add'l) | 11/06/15 | J | | |
| 741. | | | | | Sold | 12/15/15 | J | A | |
| 742. Seagate Technology Plc (STX) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 743. | | | | | Sold (part) | 01/21/15 | J | B | |
| 744. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 745. | | | | | Buy (add'l) | 07/22/15 | J | | |
| 746. | | | | | Sold (part) | 09/15/15 | J | A | |
| 747. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 748. | | | | | Sold (part) | 11/30/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749.  Sempra Energy (SRE) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 750. | | | | | Sold (part) | 01/21/15 | J | A | |
| 751. | | | | | Buy (add'l) | 06/05/15 | J | | |
| 752. | | | | | Sold (part) | 09/15/15 | J | A | |
| 753. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 754.  Senior Hsg Ppty Tr Sbi (SNH) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 755. | | | | | Sold (part) | 01/21/15 | J | A | |
| 756. | | | | | Sold (part) | 09/15/15 | J | A | |
| 757. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 758. | | | | | Sold | 11/30/15 | J | A | |
| 759.  Shire Plc Adr (SHPG) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 760. | | | | | Sold (part) | 01/21/15 | J | A | |
| 761. | | | | | Sold | 10/20/15 | J | A | |
| 762.  Sonoco Products Co (SON) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 763. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 764. | | | | | Sold (part) | 09/15/15 | J | A | |
| 765. | | | | | Buy (add'l) | 10/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766.   Sonova Hldg Ag Unsp Adr (SONVY) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 767. | | | | | Sold (part) | 01/21/15 | J | A | |
| 768.   Spectra Energy Corp Com (SE) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 769. | | | | | Sold (part) | 01/21/15 | J | A | |
| 770. | | | | | Sold | 02/03/15 | J | A | |
| 771.   St Jude Medical Inc (ST J) | A | Dividend | | | Buy (add'l) | 01/21/15 | J | | |
| 772. | | | | | Sold (part) | 01/21/15 | J | A | |
| 773. | | | | | Sold | 11/30/15 | J | A | |
| 774.   Stanley Black & Decker Inc (SWK) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 775. | | | | | Sold (part) | 01/21/15 | J | A | |
| 776. | | | | | Sold (part) | 07/31/15 | J | A | |
| 777.   Staples Inc (SPLS) | A | Dividend | | | Sold (part) | 01/20/15 | J | A | |
| 778. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 779. | | | | | Sold (part) | 09/15/15 | J | A | |
| 780. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 781. | | | | | Sold | 12/08/15 | J | A | |
| 782.   Starz Series A (STRZA) (X) | A | Dividend | J | T | Sold (part) | 01/21/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Sold (part) | 08/24/15 | J | A | |
| 784. Stmicroelectronics (STM) | A | Dividend | J | T | Buy | 01/06/15 | J | | |
| 785. | | | | | Buy (add'l) | 01/07/15 | J | | |
| 786. | | | | | Buy (add'l) | 01/08/15 | J | | |
| 787. | | | | | Buy (add'l) | 01/20/15 | J | | |
| 788. | | | | | Sold (part) | 01/21/15 | J | A | |
| 789. | | | | | Sold (part) | 09/15/15 | J | A | |
| 790. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 791. | | | | | Sold (part) | 12/07/15 | J | A | |
| 792. Sun Communities Inc (SUI) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | B | |
| 793. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 794. Suncor Energy Inc (SU) | A | Dividend | | | Buy | 11/04/15 | J | | |
| 795. | | | | | Sold | 11/30/15 | J | A | |
| 796. Suntrust Bks (STI) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | B | |
| 797. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 798. Svenska Handelbanken Ab Adr (SVNLY) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 799. | | | | | Sold (part) | 01/21/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. Swatch Group Ag Adr The Unspon (SWGAY)ymrise AG Unspons Adr (SYIEY) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 801. | | | | | Sold (part) | 01/21/15 | J | A | |
| 802. | | | | | Sold | 02/03/15 | J | A | |
| 803. Symantec Corp (SYMC) | A | Dividend | | | Buy | 01/22/15 | J | | |
| 804. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 805. | | | | | Sold (part) | 09/15/15 | J | A | |
| 806. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 807. | | | | | Sold | 11/30/15 | J | A | |
| 808. Symrise AG Unspons Adr (SYIEY) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 809. | | | | | Sold (part) | 01/21/15 | J | A | |
| 810. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 811. Synchrony Financial (SYF) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 812. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 813. Sysco Corp (SYY) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 814. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 815. | | | | | Buy (add'l) | 02/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 816. | | | | | Sold (part) | 09/15/15 | J | A | |
| 817. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 818. Sysmex Corp Unspon Adr (SSMXY) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 819. | | | | | Sold (part) | 01/21/15 | J | A | |
| 820. | | | | | Sold (part) | 07/08/15 | J | A | |
| 821. Talen Energy Corp (X) | A | Dividend | | | Sold | 06/01/15 | J | A | |
| 822. Taiwan Sm Cnd Ctr Mfg Co Ltd Adr (TSM) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 823. | | | | | Sold (part) | 01/21/15 | J | A | |
| 824. | | | | | Sold (part) | 01/27/15 | J | A | |
| 825. | | | | | Sold (part) | 09/15/15 | J | A | |
| 826. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 827. Te Connectivity Ltd New (TEL) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 828. | | | | | Sold (part) | 01/21/15 | J | A | |
| 829. Teco Energy (TE) | A | Dividend | | | Sold (part) | 01/20/15 | J | A | |
| 830. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 831. | | | | | Sold (part) | 07/17/15 | J | A | |
| 832. | | | | | Sold | 09/08/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 833.  Tegna Inc (TGNA) | A | Dividend | J | T | Buy | 06/03/15 | J | | |
| 834. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 835. | | | | | Sold (part) | 09/15/15 | J | A | |
| 836. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 837.  Teva Pharmaceuticals Adr (TEVA) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 838. | | | | | Sold (part) | 01/21/15 | J | A | |
| 839. | | | | | Buy (add'l) | 06/04/15 | J | | |
| 840. | | | | | Sold (part) | 07/31/15 | J | A | |
| 841. | | | | | Sold (part) | 09/22/15 | J | A | |
| 842.  The ADT Corporation (ADT) | A | Dividend | | | Sold | 01/21/15 | J | A | |
| 843.  The Chemours Company (CC) | A | Dividend | J | T | Spinoff (from line 3) | 07/01/15 | J | | |
| 844. | | | | | Sold (part) | 09/03/15 | J | A | |
| 845.  The J.M. Smucker Company (SJM) | A | Dividend | J | T | Buy | 12/16/15 | J | | |
| 846.  Turkiye Garanti Bankasi A S (TKGBY) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 847. | | | | | Sold (part) | 01/21/15 | J | A | |
| 848. | | | | | Sold (part) | 09/15/15 | J | A | |
| 849. | | | | | Buy (add'l) | 10/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 850. | | | | | Sold | 12/15/15 | J | A | |
| 851. Toronto Dom Bk (TD) | A | Dividend | J | T | Buy | 12/21/15 | J | | |
| 852. Twitter Inc (TWTR) | A | Dividend | | | Buy | 09/28/15 | J | | |
| 853. | | | | | Buy (add'l) | 09/29/15 | J | | |
| 854. | | | | | Buy (add'l) | 12/03/15 | J | | |
| 855. | | | | | Buy (add'l) | 12/08/15 | J | | |
| 856. | | | | | Sold | 12/15/15 | J | A | |
| 857. Tyco International Ltd New (TYC) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 858. | | | | | Sold (part) | 01/21/15 | J | A | |
| 859. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 860. | | | | | Sold (part) | 11/30/15 | J | A | |
| 861. Ultra Petroleum Corp (UPL) | A | Dividend | | | Buy (add'l) | 01/21/15 | J | | |
| 862. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 863. | | | | | Sold | 07/13/15 | J | A | |
| 864. Unicharm Corp Unspon Adr (UNICY) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 865. | | | | | Sold (part) | 01/21/15 | J | A | |
| 866. | | | | | Buy (add'l) | 01/30/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Cohill, Jr., Maurice B.                                                          07/24/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 867. | | | | | Sold (part) | 09/15/15 | J | A | |
| 868. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 869. Unilever Plc New Ads (UL) | A | Dividend | J | T | Sold (part) | 01/21/15 | J | A | |
| 870. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 871. UnitedHealth Gp Inc (UNH) | A | Dividend | J | T | Sold (part) | 01/21/15 | J | B | |
| 872. Vanguard Ftse Developed Mkts (VEA) | B | Dividend | J | T | Sold (part) | 01/20/15 | K | A | |
| 873. | | | | | Sold (part) | 01/21/15 | J | A | |
| 874. | | | | | Sold (part) | 01/30/15 | J | A | |
| 875. | | | | | Buy (add'l) | 09/15/15 | K | | |
| 876. | | | | | Sold (part) | 09/28/15 | J | A | |
| 877. | | | | | Sold (part) | 09/30/15 | J | A | |
| 878. | | | | | Sold (part) | 10/02/15 | J | A | |
| 879. | | | | | Sold (part) | 10/16/15 | K | B | |
| 880. | | | | | Buy (add'l) | 11/30/15 | J | | |
| 881. | | | | | Sold (part) | 12/07/15 | J | A | |
| 882. Vanguard Ttl Stk Mkt Etf (VTI) | A | Dividend | J | T | Buy | 12/15/15 | J | | |
| 883. Varian Medical Sys Inc (Var) | A | Dividend | J | T | Buy | 12/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 884.  Ventas Inc (VTR) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 885. | | | | | Sold (part) | 01/21/15 | J | A | |
| 886. | | | | | Sold (part) | 09/15/15 | J | A | |
| 887. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 888. | | | | | Sold (part) | 11/30/15 | J | A | |
| 889.  Verifone Systems Inc (PAY) | A | Dividend | | | Sold (part) | 01/20/15 | J | A | |
| 890. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 891. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 892. | | | | | Buy (add'l) | 02/02/15 | J | | |
| 893. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 894. | | | | | Sold (part) | 08/24/15 | J | A | |
| 895. | | | | | Sold (part) | 09/15/15 | J | A | |
| 896. | | | | | Sold | 12/15/15 | J | A | |
| 897.  Verizon Communications (VZ) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 898. | | | | | Sold (part) | 01/21/15 | J | A | |
| 899.  Vertex Pharmacueticals (VRTX) | A | Dividend | J | T | Sold (part) | 01/21/15 | J | C | |
| 900. | | | | | Buy (add'l) | 01/30/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 901. | | | | | Buy (add'l) | 02/02/15 | J | | |
| 902.  Vodafone Gp Plc Ads New (VOD) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 903. | | | | | Sold (part) | 01/21/15 | J | A | |
| 904. | | | | | Sold | 09/15/15 | J | A | |
| 905. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 906.  Vulcan Materials Co (VMC) | A | Dividend | | | Buy | 01/22/15 | J | | |
| 907. | | | | | Buy (add'l) | 02/02/15 | J | | |
| 908. | | | | | Sold | 06/03/15 | J | A | |
| 909.  WABTEC (WAB) | A | Dividend | J | T | | | | | |
| 910.  Waste Management (WM) | A | Dividend | J | T | Buy | 09/14/15 | J | | |
| 911.  Weatherford International Ltd (WFT) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 912. | | | | | Sold (part) | 01/21/15 | J | A | |
| 913. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 914. | | | | | Sold (part) | 12/15/15 | J | A | |
| 915.  Wells Fargo & Co New (WFC) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 916. | | | | | Sold | 01/21/15 | J | A | |
| 917. | | | | | Sold | 05/06/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

FINANCIAL DISCLOSURE REPORT
Page 58 of 64

Name of Person Reporting

Cohill, Jr., Maurice B.

Date of Report

07/24/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 918. Welltower Inc (WFC) | A | Dividend | | | Buy | 10/01/15 | J | | |
| 919. | | | | | Sold | 11/30/15 | J | A | |
| 920. Western Digital Corporation (WDC) | A | Dividend | | | Buy | 11/04/15 | J | | |
| 921. | | | | | Sold | 11/30/15 | J | A | |
| 922. Western Un Co (WU) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 923. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 924. Weyerhaeuser Co (WY) | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 925. | | | | | Sold (part) | 01/21/15 | J | A | |
| 926. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 927. | | | | | Sold (part) | 09/15/15 | J | A | |
| 928. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 929. Williams Co Inc (WMB) | A | Dividend | | | Buy (add'l) | 01/20/15 | J | | |
| 930. | | | | | Sold (part) | 01/21/15 | J | A | |
| 931. | | | | | Sold (part) | 11/30/15 | J | A | |
| 932. | | | | | Sold | 12/15/15 | J | A | |
| 933. WPP Plc Spon New Adr (WPPGY) | A | Dividend | J | T | Buy (add'l) | 01/21/15 | J | | |
| 934. Worhtington Industries (WOR) | A | Dividend | | | Buy | 01/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 935. | | | | | Sold (part) | 09/15/15 | J | A | |
| 936. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 937. | | | | | Sold | 12/15/15 | J | A | |
| 938. | | | | | Sold (part) | 01/21/15 | J | A | |
| 939. | | | | | Sold (part) | 09/15/15 | J | A | |
| 940. Xcel Energy Inc (XEL) | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 941. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 942. Xinyi Glass Hldgs Ltd Unspon (XYIGY) | A | Dividend | | | Buy (add'l) | 01/30/15 | J | | |
| 943. | | | | | Buy (add'l) | 02/02/15 | J | | |
| 944. | | | | | Sold | 03/11/15 | J | A | |
| 945. Zimmer Biomet Hldgs Inc (ZBH) | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 946. | | | | | Sold | 09/15/15 | J | A | |
| 947. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 948. Zimmer Hldgs Inc (ZMH) | A | Dividend | | | Sold | 01/20/15 | J | B | |
| 949. Morgan Stanley Bank Accounts | A | Interest | L | T | | | | | |
| 950. PNC IRA | E | Dividend | O | T | | | | | |
| 951. - American Century Mid Cap Inv Shs (ACMVX) | | | | | Sold | 05/08/15 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

see pp. 34–60 of filing instructions.

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 952. - American Century Small Cap Value (ASVIX) | | | | | Sold | 05/08/15 | J | A | |
| 953. - Delaware Value Fund (DDVIX) | | | | | Sold | 05/08/15 | L | E | |
| 954. - Dodge & Cox Income (DODIX) | | | | | Sold (part) | 04/08/15 | J | A | |
| 955. | | | | | Sold | 05/08/15 | M | B | |
| 956. - Federated Prime Cash Obligations Cl SS (QPRXO) | | | | | | | | | |
| 957. - Harbor Capital Appreciat Instl (HACAX) | | | | | Sold | 05/08/15 | L | E | |
| 958. - Invesco Developing Markets (GTDDX) | | | | | Sold | 05/08/15 | J | A | |
| 959. - JPMorgan Large Cap Growth Select (SEEGX) | | | | | Sold | 05/08/15 | L | E | |
| 960. - Mainstay Epoch Global Equity Yld I (EPSYX) | | | | | | | | | |
| 961. - Mainstay Icap Select Eqty Fd Cl (ICSRX) | | | | | Sold (part) | 04/21/15 | L | E | |
| 962. - T Rowe Price Intl Discovery Fund (PRIDX) | | | | | Sold | 05/08/15 | J | C | |
| 963. - T Rowe Price Mid Cap Growth (RPMGX) | | | | | Sold | 05/08/15 | K | D | |
| 964. - T Rowe Price Real Estate Fund (TRREX) | | | | | Sold | 05/08/15 | K | D | |
| 965. - Fidelity Advisor Fl Rate High (FFRIX) | | | | | Sold (part) | 04/08/15 | J | A | |
| 966. | | | | | Sold (part) | 11/23/15 | J | A | |
| 967. - AMG Managers Bond (MGFIX) | | | | | Sold (part) | 04/08/15 | J | A | |
| 968. | | | | | Sold | 05/08/15 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 61 of 64

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 07/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 969. - Metwest Unconstrained Bond (MWCRX) | | | | | | | | | |
| 970. - Oppenheimer Intl Growth Fd Y (OIGYX) | | | | | Sold | 05/08/15 | L | C | |
| 971. - Royce 100 Fund Service Class (RYOHX) | | | | | Sold | 04/21/15 | J | B | |
| 972. - Wells Fargo Advt Intl Bond Fd (ESIDX) | | | | | Sold | 05/08/15 | K | A | |
| 973. - Ishares Msci Eafe Etf (EFA) | | | | | Buy | 05/11/15 | L | | |
| 974. - IShares Tr Eafe Sml Cp Etf (SCZ) | | | | | Buy | 05/11/15 | J | | |
| 975. - SPDR Series Trust Barclays Intl Etf (BWX) | | | | | Buy | 05/11/15 | K | | |
| 976. | | | | | Sold (part) | 11/23/15 | J | A | |
| 977. - SPDR Ser Tr DJ Wilshire Reit Etf (RWR) | | | | | Buy | 05/11/15 | K | | |
| 978. | | | | | Sold (part) | 11/23/15 | J | A | |
| 979. - Vanguard World Fd Mega Cap Growth Etf (MGK) | | | | | Buy | 05/11/15 | M | | |
| 980. | | | | | Sold (part) | 11/23/15 | K | A | |
| 981. - Vanguard World Fd Mega Cap Value Etf (MGV) | | | | | Buy | 05/11/15 | M | | |
| 982. | | | | | Sold (part) | 11/23/15 | J | A | |
| 983. - Vanguard Bd Index Fd Inc Total Bd Market Etf (BND) | | | | | Buy | 05/11/15 | M | | |
| 984. | | | | | Sold (part) | 11/23/15 | J | A | |
| 985. - Vanguard Intl Equity Index Fds Ftse Emerging Mkts Etf (VWO) | | | | | Buy | 05/11/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 07/24/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 986. - Vanguard Index Fds Mid-Cap Value Index Vipers Shs (VOE) | | | | | Buy | 05/11/15 | K | | |
| 987. | | | | | Sold (part) | 11/23/15 | J | A | |
| 988. - Vanguard Index Fds Vanguard Mid-Cap Growth Index Vipers (VOT) | | | | | Buy | 05/11/15 | K | | |
| 989. - Vanguard Index Fds Vanguard Small Cap Growth Vipers (VBK) | | | | | Buy | 05/11/15 | J | | |
| 990. - Vanguard Index Fds Vanguard Small Cap Values Vipers (VBR) | | | | | Buy | 05/11/15 | J | | |
| 991. | | | | | | | | | |
| 992. | | | | | | | | | |
| 993. | | | | | | | | | |
| 994. | | | | | | | | | |
| 995. | | | | | | | | | |
| 996. | | | | | | | | | |
| 997. | | | | | | | | | |
| 998. | | | | | | | | | |
| 999. | | | | | | | | | |
| 1000. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Cohill, Jr., Maurice B. | 07/24/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 07/24/2016 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Maurice B. Cohill, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544